UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUVENTINO GALEANA SANCHEZ and
VICTOR GALEANA SANCHEZ, individually and
on behalf of others similarly situated,

Case No.: 18-cv-01916 (RA)

Plaintiffs,

**JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE**

-against-

VENKY'S FOOD CORP. (D/B/A OM REAL
INDIAN FOOD RESTAURANT) and RITA
SABHARWAL,

Defendants.
-----------------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/19

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs in the above

captioned action and Venky's Food Corp. (d/b/a OM Real Indian Food Restaurant) through their

undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a

committee has been appointed, and no person not a party has an interest in the subject matter of the

action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice,

with each party to bear their own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated:  1/4/ , 20 2019

Dated: January 4, 2019

MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*

By: _____
    Haleigh Amant, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
hamant@faillacelaw.com

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Venky's Food Corp. (d/b/a OM Real Indian Food Restaurant)*

By: _____
    Keith Gutstein, Esq.
    Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
kgutstein@kdvlaw.com
mcohen@kdvlaw.com

**SO ORDERED:**

_____
Hon. Ronnie Abrams, U.S.D.J.

1-8-19

17